IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-CV-10085-KING

AMICA MUTUAL INSURANCE CO,

    Petitioner,

vs.

DAVID G. MOROWITZ and
JOSE H. GUTIERREZ,

    Respondents.
_____/

DAVID G. MOROWITZ,

vs.

AMICA MUTUAL INSURANCE CO.

## ORDER DENYING PETITIONER'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE comes before the Court upon Amica's Motion for Summary Judgment (DE #51) and Morowitz's Motion for Leave to File Motion for Summary Judgment (DE #66). Amica is seeking summary judgment on Morowitz's counterclaim. However, before the counterclaim can be resolved, the underlying declaratory judgment action, which will declare the parties' respective rights and obligations with respect the insurance contract, must be resolved. It appears that Amica has filed a Motion for Summary Judgment with respect to the underlying declaratory judgment action (DE #42), and Morowitz has responded thereto (DE #65). Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** as follows:

1.    Amica's Motion for Summary Judgment (DE #51) is **DENIED without**

1

**prejudice** to re-assert those arguments after the resolution of the declaratory judgment action.

2. Morowitz's Motion for Leave to File Motion for Summary Judgment (DE #66) is **DENIED as MOOT.**

3. The parties shall comply with all deadlines set forth in the December 30, 2008 Scheduling Order (DE #11), and shall come to the Pretrial Conference prepared to argue the merits of the underlying declaratory judgment action.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 28th day of August, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc:
**Counsel for Plaintiff**
Cynthia Moore Dennen
Dennen Ragano, PLLC
Post Office Box 2379
Tampa, FL 33601-2379
813-221-4529
Fax: 813-221-4365
Email: cdennen@dennenraganolaw.com

**Counsel for Defendant**
Tonya Jean Meister
Meister Law LLC
Courthouse Tower, Suite 750
44 West Flagler St.
Miami, FL 33130
305-590-5570
Fax: 305-675-3787

**Counsel for Cross Defendant**
James Joseph McNally
Alvarez, Sambol, Winthrop, & Madson
201 Alhambra Circle
Suite 602. Coral Gables, FL

Email: TonyaJMeister@aol.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Michael Frederick Guilford
Guilford & Rash
44 W Flagler
Suite 750 Courthouse Tower
Miami , FL 33130
305-539-1999
Fax: 539-1998
Email: mfguilford@crewcounsel.com